**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Jaleel Kevin Stallings, | Case No. 21-CV-2395 (ADM/TNL) |
| Plaintiff, | |
| v. | **PLAINTIFF'S NOTICE OF ACCEPTANCE OF DEFENDANTS' OFFER OF JUDGMENT** |
| Andrew Bittell, et al., | |
| Defendants. | |

---

Pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, Plaintiff Jaleel Kevin Stallings, through undersigned counsel, hereby accepts and provides notice that he has accepted Defendants' Officer of Judgment to Plaintiff dated March 30, 2022, attached hereto as Exhibit A.


Dated: April 12, 2022

**LAW OFFICE OF ERIC A. RICE, LLC**

By: *s/Eric Rice*
Eric A. Rice, ID: 0388861
1 W. Water St., Ste. 275
St. Paul, MN 55107
Phone: (651) 998-9660
Fax: (651) 344-0763
Email: eric@ricedefense.com

ATTORNEY FOR PLAINTIFF