# UNITED STATES DISTRICT COURT
## District of Minnesota

**JUDGMENT IN A CIVIL CASE**

Jaleel Kevin Stallings,

           Plaintiff,

                          Case Number: 21-cv-2395 ADM/TNL

v.

Andrew Bittell, Michael Osbeck, Jr., Christopher Cushenbery, Justin Stetson, Kristopher Dauble, Nathan Sundberg, Matthew Severance, Christopher Lokke, Ronald Stenerson, James Jensen, Michael Heyer, Johnny Mercil, Bruce Folkens, City of Minneapolis,

           Defendants.

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **FRCP 68. Offer of Judgment.**  Upon the filing of the FRCP 68 Offer of Judgment on 5/18/2022 and Plaintiffs' acceptance of the same.

IT IS ORDERED AND ADJUDGED THAT:

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Judgment is hereby entered in favor of Plaintiff Jaleel Kevin Stallings against Defendants Andrew Bittell, Michael Osbeck, Jr., Christopher Cushenbery, Justin Stetson, Kristopher Dauble, Nathan Sundberg, Matthew Severance, Christopher Lokke, Ronald Stenerson, James Jensen, Michael Heyer, Johnny Mercil, Bruce Folkens, City of Minneapolis in the amount of $1,500,000.00 plus reasonable attorneys' fees and costs incurred by Plaintiff prior to the date of this offer; that is with the costs then accrued. The attorneys' fees and costs will be in an amount set by the Court.

5/18/2022                                         <u>KATE M. FOGARTY, CLERK</u>