UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Jaleel Kevin Stallings,

    Plaintiff,

v.

Andrew Bittell, acting in his individual capacity as a Minneapolis Police Officer; Michael Osbeck, Jr., acting in his individual capacity as a Minneapolis Police Officer; Christopher Cushenbery, acting in his individual capacity as a Minneapolis Police Officer; Justin Stetson, acting in his individual capacity as a Minneapolis Police Officer; Kristopher Dauble, acting in his individual capacity as a Minneapolis Police Officer; Nathan Sundberg, acting in his individual capacity as a Minneapolis Police Officer; Matthew Severance, acting in his individual capacity as a Minneapolis Police Officer; Christopher Lokke, acting in his individual capacity as a Minneapolis Police Officer; Ronald Stenerson, acting in his individual capacity as a Minneapolis Police Officer; James Jensen, acting in his individual capacity as a Minneapolis Police Officer; Michael Heyer, acting in his individual capacity as a Minneapolis Police Officer; Johnny Mercil, acting in his individual capacity as a Minneapolis Police Officer; Bruce Folkens, acting in his individual capacity as a Minneapolis Police Officer; John Does 1-5, acting in their individual capacities as Minneapolis Police Officers; and the City of Minneapolis,

    Defendants.

Court File No. 21-cv-02395 (ADM/TNL)

**SIPULATION OF DISMISSAL WITH PREJUDICE**

The parties, by and through their undersigned counsel, stipulate that the Court may dismiss all claims and parties, including John Does 1-5, with prejudice because the judgment entered pursuant to the Rule 68 offer of judgment (ECF No. 59) has been fully satisfied. The parties request that this matter be dismissed with prejudice without additional costs or fees assessed against any party.

Dated: June 24, 2022          */s Eric A. Rice*
                              Eric Rice (0388861)
                              Law Office of Eric A. Rice, LLC
                              1 W. Water St., Ste. 275
                              St. Paul, MN 55107
                              Phone: (651) 998-9660
                              Fax: (651) 344-0763
                              Email: eric@ricedefense.com

                              *Attorney for Plaintiff*


Dated: June 24, 2022          PETER GINDER
                              Acting City Attorney
                              By */s Kristin Sarff*
                              KRISTIN R. SARFF (0388003)
                              SHARDA ENSLIN (0389370)
                              HEATHER P. ROBERTSON (0390470)
                              Assistant City Attorneys
                              350 South Fifth Street, Room 210
                              Minneapolis, MN 55415
                              (612) 673-3919
                              (612) 673-2180
                              (612) 673-3949
                              kristin.sarff@minneapolismn.gov
                              sharda.enslin@minneapolismn.gov
                              heather.robertson@minneapolismn.gov

                              *Attorneys for Defendants*